# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
Souhern District of New York

Index Number: 20-CV-02816

Date Filed: _____

Plaintiff:
**Jasmine Burgess**

vs.

Defendant:
**Major Model Management, Inc. and Guido Dolci**

For:
Cyrus Dugger, Esq.
The Dugger Law Firm, PLLC
154 Grand Street
New York, NY 10013

Received by Direct Process Server LLC to be served on **Guido Dolci, 344 W 34th Street  Suite 602, c-o Major Model Management Inc, New York, NY 10018**.

I, Joseph Gill, do hereby affirm that on the **11th day of June, 2020** at **1:37 pm, I:**

**AFFIXED** a true copy of the **Summons In A Civil Action, and Complaint Demand For Jury Trial** to the door at the address of: **344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY 10018**, the same being the defendant/respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons In A Civil Action, and Complaint Demand For Jury Trial** in a postpaid envelope to the address of: **344 W 34th Street  Suite 602, c-o Major Model Management Inc, New York, NY 10018** bearing the words "Personal & Confidential" by First Class Mail on **6/15/2020** and placed in an official depository of the U.S.P.S.

**Additional Information pertaining to this Service:**
A second true copy  was sent to  Samuel A Benjamin  C-o The Law Office Of Samuel A. Benjamin  20 Pine Street Apt 2201 New York NY 10005-1428 by  USPS First-Class Pre-Paid mail on 06-15-2020.
Service was affected on Guido Dolci at his actual place of business pursuant to NYS CPLR 308(4),(6)
4/24/2020  10:43 am  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018, Deponent gained access to the building and proceeded to ste 602. Deponent knocked on the suite door, but received no response.  Deponent observed a sign stating leave all mails for major model management in the bin at the door. Deponent also observed a camera above the door.
5/5/2020  9:47 am  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018,Deponent could not gain access to the sixth floor.  Deponent was told by maintenance that the sixth floor is closed and that no one is there.
5/13/2020  10:08 am  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018, Deponent knocked on the suite 602 door, but received no response.  Deponent posted the courtesy copy of said papers conspicuously on suite 602 door.  The color of the door is painted gray with 602 on the top left edge. The surrounding walls are painted white with Major  Model Management on the right wall. To the left there is NY Audio Productions and to the right suite 603. The floor is painted gray
5/14/2020  Mailed second true copy of said documents  by first class pre-paid mail via USPS to defendant's work  address on 05/14/20 baring the words "Personal  and Confidential".
6/2/2020  11:00 am  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018, Deponent knocked on the door at suite 602, but received no response. A Male at ste 601 stated that no one is there.
6/3/2020  1:57 pm  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc,



## RETURN OF SERVICE For 20-CV-02816

New York, NY  10018, The elevator is disabled for the sixth floor because no one is there as per building maintenance personnel.

6/5/2020  9:53 am  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018, Deponent could not gain access to the sixth floor, because it was closed due to no one been there.

6/9/2020  10:54 am  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018, Deponent could not gain access to the 6th floor , because no one is there.

6/11/2020  1:37 pm  Attempted service at 344 W 34th Street  Suite 602, c-o  Major Model Management Inc, New York, NY  10018, Deponent affixed the said papers conspicuously on the suite door. The color of the door is painted gray with white walls and the suite number 602 on the left. Major model management is on the right side wall.

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to  28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on : ____6/17/2020____
　　　　　　　　Date

____Joseph Gill____
**Joseph Gill**

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2020000783

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p