USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
JASMINE BURGESS,
:
:
Plaintiff,    :     1:20-cv-02816-GHW
:
-against-    :     ORDER
:
:
MAJOR MODEL MANAGEMENT, INC., and    :
GUIDO DOLCI,
:
:
Defendants.    :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court has received and reviewed the proposed order granting substitution of counsel filed by Defendants' new attorney at Dkt. No. 20. The Court declines to enter that proposed order because it does not fully comply with Local Rule 1.4. Under Local Rule 1.4, such a stipulation must be signed by all parties to the litigation. Alternatively, new counsel may enter a notice of appearance and current counsel may move for leave to withdraw. Any such motion must comply fully with the requirements of Local Rule 1.4.

SO ORDERED.

Dated:  November 18, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge