UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE BURGESS,

                Plaintiff,

v.

MAJOR MODEL MANAGEMENT, INC. and
GUIDO DOLCI,

                Defendants.

CIVIL ACTION NO.:
1:20-CV-02816-GHW

[PROPOSED] ORDER GRANTING
SUBSTITUTION OF ATTORNEY

---

Notice is hereby given that, subject to approval by the court, defendants Major Model Management, Inc. and Guido Dolci substitutes Matthew S. Trokenheim, NY Bar # 4416079, of the firm Goldberg Segalla LLP, as counsel of record in place of Samuel A. Benjamin of The Law Office of Samuel A. Benjamin, Esq. LLC. The undersigned hereby consent to the substitution.

Contact information for new counsel is aas follows:

| | |
|---|---|
| Firm Name: | Goldberg Segalla LLP |
| Address: | 711 Third Avenue, Suite 1900 |
| Telephone: | 646-292-8700 |
| Fascimile: | 646-292-8701 |
| E-Mail: | mtrokenheim@goldbergsegalla.com |

I consent to the above subtitution.

Date: 11/19/2020

**JASMINE BURGESS**

_/s/ Su_

CYRUS E. DUGGER
THE DUGGER LAW FIRM, PLLC
*Attorneys for Plaintiff*

28321750.v1

I consent to the above subtitution.

Date: November 17th 2020

MAJOR MODEL MANAGEMENT, INC.

GUIDO DOLCI
PRESIDENT

I consent to the above subtitution.

Date: November 17th 2020

GUIDO DOLCI

GUIDO DOLCI

I consent to the above substitution.

Date: November 17, 2020

LAW OFFICE OF SAMUEL A. BENJAMIN

SAMUEL A. BENJAMIN
FORMER ATTORNEY

I consent to the above substitution.

Date: 11/17/2020

GOLDBERG SEGALLA LLP

MATTHEW S. TROKENHEIM, ESQ.
NEW ATTORNEY

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____    _____
                                               Judge

28321750.v1