UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BURGESS,<br><br>                    Plaintiff,<br><br>v.<br><br>MAJOR MODEL MANAGEMENT, INC. and GUIDO DOLCI<br><br>                    Defendants. | **CIVIL ACTION NO.:**<br>1:20-CV-02816-GHW<br><br>**APPEARANCE OF COUNSEL** |

TO:  The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants Major Model Management, Inc. and Guido Dolci.

Dated:  November 23, 2020
        New York, NY

                                      **GOLDBERG SEGALLA LLP**

                                      */s/ Matthew S. Trokenheim*_____
                                      Matthew S. Trokenheim (NY Bar No. 4416079)
                                      711 3rd Avenue, Suite 1900
                                      New York, NY  10017
                                      P: 973-681-7000
                                      F: 973-681-7101
                                      mtrokenheim@goldbergsegalla.com

                                      *Attorneys for Defendants*
                                      *Major Model Management, Inc. and Guido Dolci*