UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BURGESS, on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MAJOR MODEL MANAGEMENT, INC. and GUIDO DOLCI<br><br>      Defendants. | CIVIL ACTION NO.:<br>1:20-CV-02816-GHW |

## DECLARATION OF SCOTT GREEN

I, Scott Green, pursuant to 27 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

  1.  I am a partner with the law firm of Goldberg Segalla LLP, attorneys for defendants Major Model Management, Inc. and Guido Dolci.

  2.  I submit this declaration in support of the motion by defendants to dismiss the Second Amended Class and Collected Action Complaint filed by plaintiff Jasmine Burgess.

  3.  A true and correct copy of the Second Amended Class Action Complaint in this action is annexed hereto as Exhibit A.

  4.  A true and correct copy of the Amended Complaint filed in New York Supreme Court, Court of New York, with Index No. 650911/2021, bearing a caption Major Model Management, Inc. –against – Elizabeth Gubitosi and Muse Model Management, Inc. is annexed hereto as Exhibit B.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: Garden City, New York
       April 16, 2021

                                        \s\ Scott Green                    
                                        Scott Green