# Senate Bill S7173B

SIGNED BY GOVERNOR

**2013-2014 Legislative Session**

## Relates to fees charged by employment agencies

 DOWNLOAD BILL TEXT PDF (HTTPS://LEGISLATION.NYSENATE.GOV/PDF/BILLS/2013/S7173B)

SHARE THIS BILL

                    

SPONSORED BY

  Andrew J. Lanza (/Senators/Andrew-J-Lanza)
**(R, C, IP, RFM)** 24TH SENATE DISTRICT

ARCHIVE: LAST BILL STATUS VIA A9396 - SIGNED BY GOVERNOR

YOUR VOICE

DO YOU SUPPORT THIS BILL?

 AYE              ✖ NAY

# BETA ⓘ (/citizen-guide/bill-alerts)

## GET STATUS ALERTS FOR S7173B

EMAIL ADDRESS

🔔 SUBSCRIBE

ACTIONS

## VIEW ACTIONS (15) ⌄

VOTES

## VIEW VOTES ⌄

BILL AMENDMENTS

## B (ACTIVE) ⌄

S7173B (ACTIVE) - DETAILS

**See Assembly Version of this Bill:**

A9396 (/Legislation/Bills/2013/A9396/Amendment/B)

**Law Section:**

General Business Law

**Laws Affected:**

Amd §185, Gen Bus L

## S7173B (ACTIVE) - SUMMARY

Relates to the fees charged by a theatrical employment agency; prohibits the charging of a fee if the theatrical employment agency is not licensed.

## S7173B (ACTIVE) - SPONSOR MEMO

```
BILL NUMBER:S7173B

TITLE OF BILL:  An act to amend the general business law, in relation
to fees charged by employment agencies

PURPOSE:

This bill would protect performing artists, as well as others seeking
employment, from unlicensed employment agents by prohibiting
unlicensed agents from collecting fees.

SUMMARY OF PROVISIONS:

Section one of the bill amends General Business Law (GBL) section 185
by adding a new subdivision 10 which provides that no fee may be
charged or collected by an unlicensed employment agency, and that in
any action to collect a fee, an agreement or contract with an
unlicensed employment agency will be void at the defendant's option.
GBL section 172 requires employment agencies, which include theatrical
employment agencies, to be licensed. This legislation would provide an
additional enforcement mechanism for that requirement, by prohibiting
unlicensed agents from charging or collecting fees.

The A-print achieved the same broad goal as the original bill, but did
so by adding a new subdivision 10 that applies to all employment
agencies, rather than amending subdivision 8, which applies only to
```

**VIEW MORE (34 LINES)** ⌄

## S7173B (ACTIVE) - BILL TEXT
[⬇] DOWNLOAD PDF (HTTPS://LEGISLATION.NYSENATE.GOV/PDF/BILLS/2013/S7173B)

S T A T E   O F   N E W   Y O R K

_____

7173--B

I N   S E N A T E

May 1, 2014
_____

Introduced by Sen. LANZA -- read twice and ordered printed, and when
  printed to be committed to the Committee on Consumer Protection --
  committee discharged, bill amended, ordered reprinted as amended and
  recommitted to said committee -- committee discharged, bill amended,
  ordered reprinted as amended and recommitted to said committee

AN ACT to amend the general business law, in relation to fees charged by
  employment agencies

  THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND ASSEM-
BLY, DO ENACT AS FOLLOWS:

  Section 1. Section 185 of the general business law is amended by
adding a new subdivision 10 to read as follows:
  10.  NOTWITHSTANDING ANY OTHER PROVISION OF LAW TO THE CONTRARY, NO
FEE MAY BE CHARGED OR COLLECTED BY AN EMPLOYMENT AGENCY NOT LICENSED
PURSUANT TO SECTION ONE HUNDRED SEVENTY-TWO OF THIS ARTICLE. ANY AGREE-
MENT OR CONTRACT WITH AN UNLICENSED EMPLOYMENT AGENCY SHALL RENDER THE
AGREEMENT OR CONTRACT VOID IN ANY ACTION TO COLLECT A FEE, AT THE OPTION
OF THE DEFENDANT TO SUCH ACTION.
  S 2. This act shall take effect immediately.

 EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
                [ ] is old law to be omitted.
                                          LBD14827-05-4

COMMENTS

Open Legislation comments facilitate discussion of New York State legislation. All comments are subject to moderation. Comments deemed off-topic, commercial, campaign-related, self-promotional; or that contain profanity or hate speech; or that link to sites outside of the nysenate.gov domain are not permitted, and will not be published. Comment moderation is generally performed Monday through Friday.

By contributing or voting you agree to the Terms of Participation and verify you are over 13.

**ALSO ON NYSENATE.GOV PUBLIC WEBSITE**

**NY State Senate Bill S9049**

7 months ago • 1 comment

Relates to rental discrimination based upon consumer credit history; …

**NY State Senate Bill S8865**

9 months ago • 2 comments

Relates to suspending rent payments for certain tenants due to the state …

**NY State Senate Bill S8855**

9 months ago • 1 comment

Provides that all declarations of housing emergency that were in …

**NY State Senate Bill S8880**

9 month

Authori commis of gene



Be the first to comment.

Subscribe · Add Disqus to your site Add Disqus Add · Do Not Sell My Data