# Exhibit D
## (NY Senate Bill S1317 Legislative History)

# Senate Bill S1317

SIGNED BY GOVERNOR

2015-2016 Legislative Session

Relates to fees charged by employment agencies

[ DOWNLOAD BILL TEXT PDF (HTTPS://LEGISLATION.NYSENATE.GOV/PDF/BILLS/2015/S1317)

SHARE THIS BILL

SPONSORED BY

Andrew J. Lanza (/Senators/Andrew-J-Lanza)
(R, C, IP, RFM) 24TH SENATE DISTRICT

ARCHIVE: LAST BILL STATUS - SIGNED BY GOVERNOR

YOUR VOICE

DO YOU SUPPORT THIS BILL?

✓ AYE          ✗ NAY

BETA ⓘ (/citizen-guide/bill-alerts)

GET STATUS ALERTS FOR S1317

EMAIL ADDRESS

| | SUBSCRIBE |

ACTIONS

**HIDE ACTIONS (11)**

Assembly Actions - Lowercase
Senate Actions - UPPERCASE

| | |
|---|---|
| Jul 23, 2015 | SIGNED CHAP.84 |
| Jul 14, 2015 | DELIVERED TO GOVERNOR |
| Mar 23, 2015 | Returned To Senate |
| | Passed Assembly |
| | Ordered To Third Reading Cal.120 |
| | Substituted For A1269 |
| Jan 27, 2015 | Referred To Consumer Affairs And Protection |
| Jan 26, 2015 | DELIVERED TO ASSEMBLY |
| | PASSED SENATE |
| Jan 12, 2015 | ORDERED TO THIRD READING CAL.14 |
| Jan 09, 2015 | REFERRED TO RULES |

VOTES

**VIEW VOTES**

S1317 (ACTIVE) - DETAILS

**See Assembly Version of this Bill:**

A1269 (/Legislation/Bills/2015/A1269/Amendment/Original)

**Law Section:**

General Business Law

**Laws Affected:**

Amd §185, Gen Bus L

## S1317 (ACTIVE) - SUMMARY

Relates to fees charged by employment agencies.

## S1317 (ACTIVE) - SPONSOR MEMO

```
BILL NUMBER:S1317

TITLE OF BILL:

An act to amend the general business law, in relation to fees charged
by employment agencies

PURPOSE:

The purpose of this bill is to make clarifying amendments to Chapter
501 of the Laws of 2014.

SUMMARY OF PROVISIONS:

Section 1 of the bill clarifies Chapter 501 of the Laws of 2014 by
adding language relating to the time services were rendered for
certain fees charged or collected by an employment agency. In
addition, it states in an action to collect a fee by an employment
agency that did not possess a valid license at the time the contract
was entered; the Court will make a determination whether subject
contract will be deemed valid.

JUSTIFICATION:

Chapter 501 of the Laws of 2014 added important consumer protections
to those persons who utilize employment agencies. This bill would
clarify the provisions of such Law such that the Law may be better
understood.

LEGISLATIVE HISTORY:

This is a new bill.

FISCAL IMPLICATIONS:

None.

EFFECTIVE DATE:

This act shall take effect immediately.
```

**VIEW LESS** ^

## S1317 (ACTIVE) - BILL TEXT

DOWNLOAD PDF (HTTPS://LEGISLATION.NYSENATE.GOV/PDF/BILLS/2015/S1317)

```
                    S T A T E   O F   N E W   Y O R K
_____

                                   1317

                          2015-2016 Regular Sessions

                              I N   S E N A T E

                              January 9, 2015
                                _____
```

Introduced by Sen. LANZA -- read twice and ordered printed, and when
  printed to be committed to the Committee on Rules

AN ACT to amend the general business law, in relation to fees charged by
  employment agencies

  THE PEOPLE OF THE STATE OF NEW YORK, REPRESENTED IN SENATE AND  ASSEM-
BLY, DO ENACT AS FOLLOWS:

  Section  1. Subdivision 10 of section 185 of the general business law,
as added by chapter 501 of the laws of  2014,  is  amended  to  read  as
follows:
  10. Notwithstanding any other provision of law to the contrary, no fee
may be charged or collected FOR SERVICES RENDERED by an employment agen-
cy  not  licensed  pursuant  to  section one hundred seventy-two of this
article AT THE TIME SUCH  SERVICES  WERE  RENDERED.  [Any  agreement  or
contract with an unlicensed employment agency shall render the agreement
or  contract  void  in any action to collect a fee, at the option of the
defendant to such action.] IN AN ACTION TO  COLLECT  A  FEE,  THE  COURT
SHALL  VOID  ALL OR ANY PART OF AN AGREEMENT OR CONTRACT WITH AN EMPLOY-
MENT AGENCY THAT DID NOT HAVE A VALID LICENSE AT THE TIME  THE  CONTRACT
WAS ENTERED INTO OR SERVICES WERE RENDERED; HOWEVER, SUCH CONTRACT SHALL
NOT  BE  CONSIDERED  VOID  IF  A  COURT  FINDS A GOOD FAITH EFFORT BY AN
EMPLOYMENT AGENCY TO MAINTAIN ITS  LICENSE  DESPITE  CLERICAL  ERROR  OR
DELAY  BY  THE  DEPARTMENT  OF  LABOR OR THE NEW YORK CITY DEPARTMENT OF
CONSUMER AFFAIRS.
  S 2. This act shall take effect immediately and  shall  be  deemed  to
have  been  in full force and effect on the same date chapter 501 of the
laws of 2014 took effect.

 EXPLANATION--Matter in ITALICS (underscored) is new; matter in brackets
                      [ ] is old law to be omitted.
                                                            LBD07411-01-5

## COMMENTS

Open Legislation comments facilitate discussion of New York State legislation. All comments are subject to moderation. Comments deemed off-topic, commercial, campaign-related, self-promotional; or that contain profanity or hate speech; or that link to sites outside of the nysenate.gov domain are not permitted, and will not be published. Comment moderation is generally performed Monday through Friday.

By contributing or voting you agree to the Terms of Participation and verify you are over 13.

ALSO ON NYSENATE.GOV PUBLIC WEBSITE

**NY State Senate Bill S8855**
8 months ago • 1 comment
Provides that all declarations of housing emergency that were in …

**NY State Senate Bill S8902**
8 months ago • 2 comments
Authorizes boards of elections to establish absentee ballot drop-off …

**NY State Senate Bill S8958**
7 months ago • 10 comments
Authorizes and directs the department of health to develop rules, regulations …

**NY State Senate Bill S8820**
9 months ago • 3 c…
Establishes the c… aggravated offeri… false accusation …

0 Comments    NYSenate.gov Public Website    🔒 Disqus' Privacy Policy    💬 Login

♥ Recommend    🐦 Tweet    f Share    Sort by Newest

Start the discussion…

**LOG IN WITH**

NYSENATE.GOV

**OR SIGN UP WITH DISQUS** ⓘ

Name

Email

Password

Please access our Privacy Policy to learn what personal data Disqus collects and your choices about how it is used. All users of our service are also subject to our Terms of Service.

Be the first to comment.

✉ Subscribe    D Add Disqus to your siteAdd DisqusAdd    ⚠ Do Not Sell My Data

/