USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                        :
JASMINE BURGESS,                    :
                        :
               Plaintiff,     :      1:20-cv-02816-GHW
                        :
       -against-           :      ORDER
                        :
MAJOR MODEL MANAGEMENT, INC., and   :
GUIDO DOLCI,                :
                        :
              Defendants.   :
                        :
---------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On October 5, 2021, the Court held a conference with the parties at which it discussed the motion to withdraw by the former counsel of Defendants Major Model Management, Inc. ("Major") and Guido Dolci (together, "Defendants"). Dkt. No. 104. For the reasons stated on the record, the motion is GRANTED. The proceedings in this case are stayed for 30 days to permit Defendants to retain new counsel.

As the Court explained during the conference, corporate entities—such as Major—must appear before the Court through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993). Replacement counsel for Major must enter a notice of appearance in this case no later than November 4, 2021. If no attorney enters an appearance on behalf of Major by that date, the Court will consider Major to be in default. *See Sec. & Exch. Comm'n v. Research Automation Corp.*, 521 F.2d 585, 589 (2d Cir. 1975) ("It is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to Rule 55[.]"); *see also, e.g., City of New York v. Mickalis Pawn Shop*, LLC, 645 F.3d 114, 129, 130 (2d Cir. 2011). If the Court enters a default against Major, Plaintiff may seek a default judgment from the Court under Federal Rule of Civil Procedure 55(b).

The Court reminds Mr. Dolci that he is obligated to continue to litigate this case, and may do so *pro se*. The stay of proceedings will be lifted immediately as of November 4, 2021 with respect to Mr. Dolci, regardless of whether replacement counsel has entered a notice of appearance in this action. If no counsel appears, the Court understands that Mr. Dolci will proceed representing himself *pro se*.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 115. The Clerk is additionally directed to terminate Messrs. Trokenheim, Green, and Maugans from the list of active counsel in this case. In addition, the Clerk of Court instructed to update the contact information for Defendant Guido Dolci as follows:

    Mr. Guido Dolci
    344 W. 38th St.
    New York, NY 10018

    SO ORDERED.

Dated:  October 5, 2021
New York, New York

                                                    _____
                                                         GREGORY H. WOODS
                                                    United States District Judge

2