```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
JASMINE BURGESS,                                                    :
                                                                    :
                                              Plaintiff,            :     1:20-cv-02816-GHW
                                                                    :
                  -against-                                         :     ORDER
                                                                    :
MAJOR MODEL MANAGEMENT, INC., and                                   :
GUIDO DOLCI,                                                        :
                                                                    :
                                              Defendants.           :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2021

The Court has received Mr. Guido Dolci's October 13, 2021 email regarding various issues in this case. Dkt. No. 117. Mr. Dolci is reminded that the Court does not generally engage in *ex parte* discussions with the parties; nor may the Court provide the parties legal advice. Moving forward, Mr. Dolci is also directed to Rule 1(A) of the Court's Individual Rules of Practice in Civil Cases, which requires that all communications with the Court be by letter.

Mr. Dolci is directed to an affidavit of service filed on June 18, 2020, Dkt. No. 11, that indicates he was served on June 11, 2020 at Major Model Management Inc.'s ("Major") offices in New York, New York. He is also directed to the Court's October 5, 2021 order, where the Court stated that a default judgment could be entered against Major should Major fail to obtain counsel prior to November 4, 2021, but does not state that a default judgment would be entered against Mr. Dolci for a similar failure to obtain counsel. That order also states that Major "must appear before the Court through counsel," meaning an attorney who has been admitted to practice in this District.

The Clerk of Court is instructed to send a copy of this order to Mr. Dolci by certified mail.

SO ORDERED.

Dated: October 14, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge