```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
        :
JASMINE BURGESS,      :
        :
        Plaintiff,      :   1:20-cv-02816-GHW
        :
     -against-     :   ORDER
        :
MAJOR MODEL MANAGEMENT, INC., and  :
GUIDO DOLCI,     :
        :
        Defendants.  :
        :
------------------------------------------------------------------- X

     The Court has received Defendant Guido Dolci's October 13, 2021 letter to the Court, Dkt. No. 119, and Plaintiff's October 19, 2021 letter to the Court, Dkt. No. 120, both of which provided updating mailing addresses for Mr. Dolci. Accordingly, the Clerk of Court is instructed to send a copy of this order and the Court's October 14, 2021 order, Dkt. No. 114, to Mr. Dolci at the following three addresses.

    Via Patroclo, nr. 199
    20151 Milano
    Italy

    344 W. 38th St.
    #602
    New York, NY 10018

    344 W. 38th St.
    New York, NY 10018

Plaintiff is instructed to email copies of this order and Dkt. No. 114 to Mr. Dolci at guido@majormodel.com.

SO ORDERED.

Dated: October 19, 2021
New York, New York

                                                  GREGORY H. WOODS
                                            United States District Judge