

**Cyrus E. Dugger, Esq.**
**Gotham Center**
**28-07 Jackson Ave., 5th Fl.**
**Long Island City, NY 11101**
**Tel: (646) 560-3208**
**www.theduggerlawfirm.com**

December 15, 2021

**Via ECF**
The Honorable Gabriel W. Gorenstein          MEMORANDUM ENDORSED
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    **Re:**    *Burgess v. Major Model Management, Inc., et al.,* **No. 20 Civ. 02816 (GHW)**

Dear Judge Gorenstein:

    My firm represents Plaintiff Jasmine Burgess, the putative class, and the putative collective in the above-referenced litigation against modeling agency Major Model Management, Inc. ("Major") and agency owner Guido Dolci ("Dolci") (collectively, "Defendants"). We write jointly with Defendants, to request that the Court reschedule the settlement conference, currently scheduled for January 5, 2022 at 10:00 a.m., to January 13, 2021 at 10:00 am.

                                    Respectfully submitted,

                                    /s/ Cyrus E. Dugger

cc:    (via ECF)

    Joseph A. D'Avanzo
    James W. Boyan III

Settlement conference adjourned to January 13, 2022 at 10:00 am. Submissions due January 7, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

December 16, 2021