UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE BURGESS                                  :
                                                 :     ORDER
                    Plaintiff,                   :
                                                 :     20 Civ. 2816 (GHW) (GWG)
        -v.-                                     :
                                                 :
MAJOR MODEL MANAGEMENT, INC. et al.,             :
                                                 :
                    Defendants.                  :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

   In light of defendant Guido Docli's failure to submit a settlement conference statement, the Court adjourns the settlement conference scheduled for February 16, 2022, sine die. The parties shall write to the Court as soon as they are prepared to participate in a settlement conference and the conference will be promptly rescheduled.

   SO ORDERED.

Dated: February 14, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge