```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JASMINE BURGESS,                                                     :
                                                                     :
                                    Plaintiff,                       :      1:20-cv-02816-GHW
                                                                     :
                -against-                                            :      ORDER
                                                                     :
MAJOR MODEL MANAGEMENT, INC., and                                    :
GUIDO DOLCI,                                                         :
                                                                     :
                                    Defendants.                      :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2021

The Court has received Defendant Guido Dolci's April 13, 2022 letter.  Dkt. No. 159.  The Court will hold a conference regarding that letter on April 26, 2022 at 1:00 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

Defendant Dolci may use the services of an interpreter at the conference.  Should he choose to do so, he should contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the oral argument. Defendant Dolci will bear the cost of interpretation services.  If Defendant Dolci decides to retain an interpreter, he should inform the Court of that decision by letter no later than April 22, 2022. That letter should include the name and phone number of the interpreter he has retained

Plaintiff is instructed to email copies of this order to Mr. Dolci at guido@majormodel.com.

SO ORDERED.

Dated:  April 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge