```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JASMINE BURGESS,                                                     :
                                                                     :
                                      Plaintiff,                     :   1:20-cv-02816-GHW
                                                                     :
                   -against-                                         :   ORDER
                                                                     :
MAJOR MODEL MANAGEMENT, INC., and                                    :
GUIDO DOLCI,                                                         :
                                                                     :
                                      Defendants.                    :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022

On April 26, 2022, the Court held a conference to discuss Defendant Guido Dolci's April 13, 2022 letter, Dkt. No. 159, and Plaintiff's April 25, 2022 letter, Dkt. No. 162. For the reasons articulated on the record during that conference, all proceedings in this case are stayed until August 26, 2022 in light of proceedings currently pending in *Re Major Model Management, Inc.,* Case No. 22-10169-mg (S.D.N.Y. Bankr.). The Plaintiff and Mr. Dolci are ordered to submit a joint letter describing the status of those bankruptcy proceedings and their impact on this case no later than August 19, 2022.

Plaintiff is instructed to email a copy of this order to Mr. Dolci at guido@majormodel.com.

SO ORDERED.

Dated: April 26, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge