```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JASMINE BURGESS,                                                     :
                                                                     :
                              Plaintiff,                             :   1:20-cv-02816-GHW
                                                                     :
              -against-                                              :   ORDER
                                                                     :
MAJOR MODEL MANAGEMENT, INC., and                                    :
GUIDO DOLCI,                                                         :
                                                                     :
                              Defendants.                            :
                                                                     :
-------------------------------------------------------------------- X

     The Court has received Defendant Guido Dolci's July 7, 2022 letter, Dkt. No. 164.  That letter requests discovery from Plaintiff.  The Court denies that request.  On April 26, 2022, the Court stayed this case until August 26, 2022.  Dkt. No. 163.  The Court will not order any discovery while that stay is in place.  In addition, the Court notes that the parties are ordered to submit a joint status update on August 19, 2022.  Mr. Dolci is free to raise any issues related to discovery in that letter.

     Plaintiff is instructed to email a copy of this order to Mr. Dolci at guido@majormodel.com.

     SO ORDERED.

Dated:  July 8, 2022
New York, New York
                                      GREGORY H. WOODS
                                      United States District Judge