UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2022
```

-------------------------------------------------------------------- X
                      :

JASMINE BURGESS,                 :

                      :

              Plaintiff,   :        1:20-cv-02816-GHW

                      :

      -against-           :        <u>ORDER</u>

                      :

MAJOR MODEL MANAGEMENT, INC., and   :
GUIDO DOLCI,               :

                      :

             Defendants.   :

                      :
-------------------------------------------------------------------- X

      The Court has received the parties' August 20, 2022 joint status letter, Dkt. No. 166. The

Court will hold a teleconference regarding the parties' status letter on September 2, 2022 at 3:00 p.m.

The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available

on the Court's website, for the dial-in number and other relevant instructions. The parties are

specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      Plaintiff is instructed to email a copy of this order to Mr. Dolci at guido@majormodel.com.


      SO ORDERED.

Dated:  August 24, 2022               _____
New York, New York               GREGORY H. WOODS
                              United States District Judge