```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JASMINE BURGESS,                                                     :
:
                              Plaintiff,         :   1:20-cv-02816-GHW
:
          -against-                                        :   <u>ORDER</u>
:
MAJOR MODEL MANAGEMENT, INC., and                                    :
GUIDO DOLCI,                                                         :
:
                            Defendants.        :
:
-------------------------------------------------------------------- X

      For the reasons articulated on the record at the conference held on September 2, 2022, the Plaintiff is directed to provide all discovery responses previously provided to his counsel to Guido Dolci individually. The parties are further directed to meet and confer promptly to discuss the proper format for that submission. Further, this case is referred for mediation to the magistrate judge referred to this matter. The case will continue to be stayed until December 2, 2022 to allow the parties to engage in meaningful settlement discussions. The parties are directed to submit a joint status report to the Court no later than December 2, 2022.

      Plaintiff is instructed to email a copy of this order to Mr. Dolci at guido@majormodel.com.

      SO ORDERED.

Dated: September 2, 2022
New York, New York
                                                      GREGORY H. WOODS
                                             United States District Judge