UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JASMINE BURGESS,                                          :

                                                         :   <u>ORDER</u>
                   Plaintiff,            20 Civ. 2816 (JLR) (GWG)
                                                        :

   -v.-
                                                         :

MAJOR MODEL MANAGEMENT, INC. et al.,    :

                 Defendants.                       :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference to discuss settlement in this matter has been scheduled for November 21, 2022 at 10:00 a.m. At that date and time, the parties must dial in to the Court's teleconference line: (888)-557-8511, access code: 6642374. The Court will provide to defendants' counsel by email a private passcode that is necessary to complete the call. (If defendants' counsel has not received it within one business day of the date of this Order, counsel shall contact Chambers by telephone). Defendants' counsel is directed to promptly supply the dial in information (including the passcode) to the pro se party and to ensure the pro se party has received this Order.

     The date of this conference may be changed, if necessary, pursuant to paragraph 5 of the enclosed Standing Order In <u>Pro</u> <u>Se</u> Cases Referred for Settlement. The parties are required to seek a change in the date of the conference if an adjournment would permit necessary discovery or exchange of information that would make the conference more fruitful.

     At this conference, Judge Gorenstein will act as a mediator, attempting to help the parties reach agreement on terms of settlement. The process is explained in the attached Standing Order In Pro Se Cases Referred for Settlement.

     Any counseled party shall send a letter to the Court and to the other side <u>ten (10) days prior</u> to the conference outlining the facts of the case, any relevant legal authorities, and any other matters deemed important for consideration as part of the settlement process. The pro se party may also mail such a letter to the Court, at 500 Pearl Street, New York, New York 10007, with a copy sent to the other side at the same time. If sent, the letters must be kept confidential and will not be admissible in any court proceeding.

     Any attorney on this matter is responsible for ensuring prior to this conference that the attorney has settlement authority from the client and/or that the client is available to be consulted

by the attorney during the course of the conference.

Defendants' counsel is responsible for transmitting this Order and the dial-in information to any pro se party, for confirming that the pro se party has received it, and for ensuring that the pro se party is aware of the obligation to dial into the telephone conference at the above date and time and the method for doing so.

SO ORDERED.

Dated: October 3, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

**Standing Order In <u>Pro</u> <u>Se</u> Cases Referred for Settlement
to Magistrate Judge Gabriel W. Gorenstein**

**Judge Gorenstein has ordered the parties to adhere to the following procedures:**

1.  Settlement conferences are strictly confidential.

2.  Judge Gorenstein will act as a mediator, attempting to help the parties reach agreement on terms of settlement. The Judge expects to hold only one settlement conference. .

3.  At the settlement conference, all parties will be given the opportunity to make a brief presentation (5 minutes) summarizing the case. The presentation should be simple and straightforward.

4.  Following the presentations, the Judge will talk separately and privately with each side.

5.  The date of the settlement conference may be changed. The parties are required to seek a change in the date of the conference if a change would permit exchange of information that one side believes is necessary. To seek a change in date, the party should first contact Chambers at (212) 805-4260 to determine an alternate available date and time. The party should thereupon consult with all other parties as to their availability on such date. The party must thereafter make a written request to the Judge by letter filed on ECF requesting a new date that is available for the Judge and agreed to by all parties. The conference is not adjourned unless the parties are thereafter informed by the Court that the written request has been granted.

6.  <u>Even though a settlement conference has been scheduled, all deadlines and other obligations in the case remain in effect.</u>