UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BURGESS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>MAJOR MODEL MANAGEMENT, INC. and GUIDO DOLCI,<br><br>        Defendants. | 20-CV-02816 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter dated October 11, 2022 in response to the Court's September 20, 2022 reassignment order. ECF No. 174.

  While the Court appreciates the parties' efforts to produce a joint letter, the letter requested significant changes to docket for parties and attorneys that did not participate in the letter. ECF No. 174 at 1-2. Accordingly, by **October 20, 2022**, a representative from Pashman Stein Walder Hayden PC shall confirm whether the firm continues to represent Major Model Management, Inc. in this action and if not, the firm shall provide the name and contact information of incoming counsel or a representative of the company. In addition, by **October 20, 2022**, Attorney James William Boyan, III shall confirm with the Court that he does not intend to represent Guido Dolci and if necessary, shall update his place of employment on ECF.

  For the clarity of all parties, including *pro se* Defendant Guido Dolci, I am the assigned district judge in this case and Judge Gorenstein is the assigned Magistrate Judge. Currently, Judge Gorenstein has issued an order directing the parties to participate in a settlement conference over telephone. ECF No. 171. The parties shall comply with Judge Gorenstein's order to participate in settlement conferences in whatever manner he so designates.

      The Clerk of Court is respectfully directed to provide a copy of this order to the *pro se* Defendant at the following addresses: Via Patroclo, nr. 199 20151, Milano, Italy and 344 W. 38th, St. #602 New York, NY 10018; and 344 W. 38th St. New York, NY 10018.  Plaintiff shall also email a copy of this order to *pro se* Defendant and to the attorneys at Pashman Stein Walder Hayden PC who were formerly (or are presently) counsel on this case.

Dated: October 13, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge