UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE BURGESS, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

MAJOR MODEL MANAGEMENT, INC. et al.,

                Defendants.

20-cv-02816 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the Plaintiff's letter, dated December 2, 2022.  ECF No. 178.  IT IS HEREBY ORDERED that the parties shall appear for a status conference on **January 11, 2023** at **10:00 a.m. EST** via Microsoft Teams.  Defendant is ordered to respond to Plaintiff's letter by **December 20, 2022**.  At least 48 hours before the conference, the parties must file a joint letter to the Court on ECF containing a list of the names, telephone numbers, and email addresses of who will speak during the conference.  *See* Rochon Individual Rules of Practices in Civil Cases, Rule 2(B).  The public listen-only line may be accessed by dialing the toll-free number 877-336-1831 with access code 5583342.

    The Clerk of Court is respectfully directed to provide a copy of this order to the *pro se* Defendant at the following addresses: Via Patroclo, nr. 199 20151, Milano, Italy and 344 W. 38th, St. #602 New York, NY 10018.  Plaintiff shall also email a copy of this order to *pro se* Defendant.

Dated: December 6, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge