UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BURGESS, individually and on behalf of all other similarly situated,<br><br>                        Plaintiff,<br><br>-against-<br><br>MAJOR MODEL MANAGEMENT, INC. et al.,<br><br>                        Defendants. | 20-cv-02816 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

*Pro se* Defendant Guido Dolci shall respond to Plaintiff's two motions — Letter Motion to Stay (ECF No. 186) and Letter Motion to Compel Discovery (ECF No. 187) — by **January 26, 2023** in no more than three (3) pages for each motion.

Plaintiff is directed to serve a copy of this order on Defendant by email.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Defendant at the following addresses: Via Patroclo, nr. 199 20151, Milano, Italy and 344 W. 38th, St. #602 New York, NY 10018; and 344 W. 38th St. New York, NY 10018.

Dated: January 20, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge