UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JASMINE BURGESS                                               :

                                               Plaintiff,              :                ORDER

                                                                             :                20 Civ. 2816 (JLR) (GWG)

    -v.-

                                                                                       :

MAJOR MODEL MANAGEMENT, INC. et al.,

                                                                                       :

                              Defendants.          :
----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      As stated at the conference held today, the Court makes the following rulings:

      1.  It has been represented to the Court that the bankruptcy stay applicable to Major Model Management, Inc. is no longer in effect.  Accordingly, Major Model Management, Inc. is directed to appear in this matter by counsel.  If counsel does not file a Notice of Appearance on behalf of Major Model Management, Inc. by November 30, 2023, Major Model Management, Inc. will be deemed to be in default as of that date.  See Grace v. Bank Leumi Tr. Co. of NY, 443 F.3d 180, 192 (2d Cir. 2006) (corporations may only appear through counsel).

      2. Any motion to amend the complaint shall be filed by November 29, 2023.  The briefing schedule shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      3. On or before November 23, 2023, Mr. Dolci shall file a letter stating what specific discovery requests he seeks to have plaintiff answer, the date on which those requests were served on plaintiff, and why those requests are timely.  Plaintiff shall respond to this letter within two business days.

      4. The parties shall discuss plaintiff's outstanding document requests to defendants by telephone or in person.  Plaintiff shall make any application relating to those requests by November 30, 2023, by means of a letter compliant with paragraph 2.A of the Court's Individual Practices.  Defendants shall respond to plaintiff's letter within three business days of its filing.

      5. Mr. Dolci may file any papers with the Court by sending the filing in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

      6. Mr. Dolci is encouraged to consent to receive electronic service of all court filings.  The form for indicating such consent and the instructions for completing the form are available at:  https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases

      7.  The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to Mr. Dolci in connection with court procedures.

      8.  Finally, Mr. Dolci may be able to obtain free legal assistance from the New York Legal Assistance Clinic at (212) 659-6190.

      9.  Plaintiff is directed to email a copy of this Order to Mr. Dolci.

SO ORDERED.

Dated: November 9, 2023
       New York, New York

                          GABRIEL W. GORENSTEIN
                          United States Magistrate Judge