UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :
JASMINE BURGESS
                                                                :
            Plaintiff,                                          ORDER
                                                                :
    -v.-
                                                                :   20 Civ. 2816 (JLR ) (GWG)

MAJOR MODEL MANAGEMENT, INC. et al.,          :

            Defendants.                                         :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the discovery discuss the discovery disputes raised in Docket ## 223, 224 (duplicated as 225), 230, 233, and 234 will take place on January 9, 2024 at 10:30 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.  It is the Court's intention to decide the dispute based on the parties' letters unless a party files a letter in advance of the conference showing good cause why formal briefing should be required.

     This is the only matter scheduled for this date and time.  Please be sure to arrive sufficiently in advance so that the conference may begin on time.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge