UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BURGESS,<br><br>        Plaintiff,<br><br>  -against-<br><br>MAJOR MODEL MANAGEMENT, INC. and GUIDO DOLCI,<br><br>        Defendants. | Case No. 20-cv-02816<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Plaintiff's letter-motion requesting judicial approval of the parties' proposed settlement agreement. *See* ECF Nos. 245, 245-1. The parties shall appear for a video conference, via Microsoft Teams, on February 1, 2024 at 10:00 a.m. Counsel and *pro se* Defendant will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

  The Clerk of Court is respectfully directed to send a copy of this Order to Defendant's email address at guido@majormodel.com and his home address at 344 W. 38th St. #602, New York, NY 10018.

Dated: January 25, 2024
     New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge